No. 92–8531.  CRUTCHFIELD *v.* CIANCA.  C. A. 11th Cir.  Certiorari denied.

No. 92–8539.  LEVI-MONTGOMERY *v.* ADKINS, ASSISTANT SUPERINTENDENT, INDIANA STATE PRISON.  C. A. 7th Cir.  Certiorari denied.

No. 92–8541.  MICKLAS *v.* POPE ET AL.  Dist. Ct. App. Fla., 4th Dist.  Certiorari denied.

No. 92–8551.  VELARDE-GAVARETTE ET AL. *v.* UNITED STATES. C. A. 9th Cir.  Certiorari denied.

No. 92–8570.  DANIELSON *v.* CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 92–8582.  HOWARD *v.* UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 92–8583.  JONES *v.* PILLSBURY CO.  C. A. 6th Cir.  Certiorari denied.

No. 92–8592.  MANNING *v.* JABE, WARDEN.  C. A. 6th Cir. Certiorari denied.

No. 92–8595.  FETZER ET UX. *v.* JUVENILE DEPARTMENT OF CURRY COUNTY, OREGON, ET AL.  Ct. App. Ore.  Certiorari denied.

No. 92–8597.  GREEN *v.* TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 92–8603.  CARTER *v.* KEESEE ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 92–8604.  CRITES *v.* KAISER ALUMINUM & CHEMICAL CORP. ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 92–8615.  CLARK *v.* GOVERNMENT OF THE VIRGIN ISLANDS. C. A. 3d Cir.  Certiorari denied.

No. 92–8630.  JOHNSON *v.* UNITED STATES.  C. A. 6th Cir. Certiorari denied.

No. 92–8635.  TWYMAN *v.* UNITED STATES.  C. A. 4th Cir. Certiorari denied.